IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
Aberdeen Division

| | |
|---|---|
| CHRISTOPHER L. SCHARKLET, SR. | |
| Plaintiff | |
| v. | Case No.: 1:22-cv-193-SA-DAS |
| CASE HEALTHCARE SOLUTIONS, INC. | |
| Defendant | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT**

Defendant, Case Healthcare Solutions, Inc. ("Defendant"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) and Local Civil Rule 7, hereby moves to dismiss the First Amended Complaint (ECF No. 24) filed by Plaintiff, Christopher L. Scharklet, Sr. ("Plaintiff") in its entirety with prejudice or, in the alternative, to require Plaintiff to file a more definite statement. In support thereof, Defendant submits its Memorandum Brief filed contemporaneously herewith.

*Remainder of This Page Left Blank Intentionally*

{00173772 }

WHEREFORE, Defendant respectfully request that this Honorable Court grant Defendant's Motion and dismiss this action in its entirety with prejudice or, in the alternative, compel Plaintiff to file a more definite statement.

Respectfully submitted,

Dated: August 10, 2023

**Case Healthcare Solutions, Inc.**

By Counsel:

/s/ Matthew E. Feinberg
Matthew E. Feinberg (*pro hac vice*)
Mansitan Sow (*pro hac vice*)
**PILIEROMAZZA, PLLC**
1001 G Street, N.W., Suite 1100
Washington, D.C. 20001
Ph: (202) 857-1000
mfeinberg@pilieromazza.com
msow@pilieromazza.com

/s/ S. Ray Hill, III
S. Ray Hill, III
**Clayton O'Donnell, PLLC**
1403 Van Buren Ave., Suite 103
Post Office Box 676
Oxford, Mississippi 38655
Ph: 662-234-0900
rhill@claytonodonnell.com

CERTIFICATE OF SERVICE

I, Matthew E. Feinberg, hereby certify that on this 10th day of August 2023, a true copy of the foregoing document was served on each party appearing pro se and on the attorney of record for each other party separately appearing by delivering a copy of the same via the United States District Court's online case filing system, CM/ECF, to:

Kristy Bennett, Esq.
Tressa V. Johnson, Esq.
Johnson & Bennett, PLLC
1407 Union Ave., Suite 807
Memphis, TN 38104

/s/ Matthew E. Feinberg
Matthew E. Feinberg, Esq.

{00173772}  3